## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

    vs.                              Case No.3:05-cr-173-J-12TEM

**KEVIN MONTOYA**

---

## ACCEPTANCE OF GUILTY PLEA,
## ADJUDICATION OF GUILT,
## AND NOTICE OF SENTENCING

The Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Doc.21), filed January 11, 2007, to which the parties agreed to waive the ten (10) day objection period. The plea of guilty of the Defendant to Count One of the Indictment is now ACCEPTED and the Defendant is ADJUDGED GUILTY of such offense.

Sentencing is hereby scheduled for Tuesday, February 13, 2007, at 10:00 a.m. before the undersigned, in Courtroom 12A, Twelfth Floor, U.S. Courthouse, 300 North Hogan Street, Jacksonville, Florida.

Note: Defense counsel is directed to be in the courtroom 10-15 minutes prior to the sentencing hearing in order to meet with the interpreter and the Defendant.

**DONE AND ORDERED** this ___31st___ day of January 2007.


Howell W. Melton
Senior United States District Judge


Copies to:
AUSA (Morris/Glober)
AFPD (Burke)
U.S. Probation
Davor Zidovec (Interpeter)
U.S. Marshal